ACCEPTED
03-15-00252-CV
6456762
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/12/2015 9:48:04 AM
JEFFREY D. KYLE
CLERK

**Jennifer S. Riggs**
*Certified in Administrative Law*
*Texas Board of Legal Specialization*
jriggs@r-alaw.com

**Jason Ray**
*Certified in Administrative Law*
*Texas Board of Legal Specialization*
jray@r-alaw.com

# RIGGS & RAY

A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS

506 WEST 14TH STREET, SUITE A
AUSTIN, TEXAS 78701
512 457-9806 TELEPHONE
512 457-9066 FACSIMILE

**Franklin Hopkins**
*Certified in Administrative Law*
*Texas Board of Legal Specialization*
fhopkins@r-alaw.com

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

8/12/2015 9:48:04 AM

JEFFREY D. KYLE
Clerk

August 12, 2015

Jeffrey D. Kyle, Clerk
Court of Appeals
Third District of Texas
P.O. Box 12547
Austin, Texas  78711-2547

Re:  Court of Appeal No:  03-15-00252-CV
Trial Court Case Number:  D-1-GB-13-00538

Style:  *Dr. Behzad Nazari, D.D.S. D/B/A Antoine Dental Center et. al. v State of Texas v. Xerox Corporation and Xerox State Health Care, LLC*

Dear Mr. Kyle –

Please accept this letter as a Notice of Change of Address.  The firm of Riggs and Ray, P.C. has moved.  The new address is:

Riggs and Ray,P.C.
506 W. 14th Street, Suite A
Austin, TX  78701

Respectfully submitted,

Jason Ray
Bar No. 24000511
RIGGS & RAY, P.C.
506 West 14th Street, Suite A
Austin, TX  78701
512 457-9806 Phone
512 457-9066 FAX
jray@r-alaw.com

cc     J. Campbell Barker
       Philip A. Lionberger
       Raymond C. Winter
       Constance H. Pfeiffer
       W. Curt Webb
       Eric. J.R. Nichols
       Christopher R. Cowan
       Robert C. Walters